

FILED ___ LODGED
___ RECEIVED
JUN 24 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

CARLOS JOHN WILLIAMS,
    Relator,
v.
DEPARTMENT OF CORRECTIONS;
Edmonds Community College;
Seattle Times Newspaper Company, Inc.;
    Defendants.

CASE NO. C13-5505 RJB

False Claim Act
31 U.S.C. §3729 et. seq.

Whistle Blower Suit

Qui Tam Act

## I. Identity of Relator

Comes Now, CARLOS JOHN WILLIAMS, with a qui tam lawsuit. Mr. Williams believes he has evidence of fraud against the government and is suing on the government's behalf. For all intents and purposes he is the relator in this matter.

False Claim Act                                            p. 1 of 3

## II. THE FALSE CLAIM(S)

The Department of Corrections and Edmonds Community College offers G.E.D. programs to those offenders who want to earn a certificate of achievement acknowledging completion of the G.E.D. program.

This program is funded by government monies. The Department of Corrections and Edmonds Community College awarded to such certificates to inmate Christopher Johnson and the relator- Mr. Carlos John Williams. This occurred in 2008 for Mr. Williams, and 2009 for Mr. Johnson.

The Department of Corrections was aware of Mr. Williams having already achieved an G.E.D. As well as, Mr. Johnson already having achieved an high school diploma.

Both Mr. Williams and Mr. Johnson achieved thier awards in other states.

Mr. Williams' and Mr. Johnson's false G.E.D. credits and certificates as well as affidavits fully notarized are available from a Mr. Bruce Lemon in the Public Disclosure Unit of the Office of Risk Management. Request # 2013-65.

There is no telling how many inmates from out of state the prison and college is frauduantly stealing money from the government.

Mr. Williams would be satisfied with

Federal False Claim Act

recieving the <u>qui tam</u> provisions of the FCA.

Mr. Williams notified a reporter with the Seattle Times newspaper of these fraudently claims. He also sent her — Christine Clarridge (206) 464-8983 — the originals through the DOC contract attorney — Richard Linn (425) 646-6017.

Although, Ms. Clarridge of the Seattle Times gave her word she would forward two copies of the material to Mr. Williams in February, to date he has not. Nor does Ms. Clarridge further accept his collect calls from the prison.

Mr. Williams believes the Seattle Times is a defendant for this reason.

Accordingly, this False Claim Act is filed with an motion for counsel. As the rules of qui tam filings state Mr. Williams must be represented by counsel.

DATED: June 20, 2013

Respectfully,

CARLOS WILLIAMS
DOC# 973053 SOU A-404
PO BOX 514
Monroe, WA 98272

FEDERAL FALSE CLAIM ACT