UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CARLOS JOHN WILLIAMS,                               CASE NUMBER: C13-5505RJB

                Plaintiff,
    v.

DEPARTMENT OF CORRECTIONS,
EDMONDS COMMUNITY COLLEGE,
and SEATTLE TIMES NEWSPAPER
COMPANY, INC.

                Defendants.

____ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      Plaintiff's applicationto proceed in forma paupers (Dkt 2) is DENIED.
      Plaintiff's motion for appointment of counsel (Dkt 2) is DENIED. This case
      is DISMISSED.

    June 28, 2013                                        WILLIAM M. McCOOL
                                                                      CLERK

                                                                       /s/ Dara L. Kaleel
                                                                       By Dara L. Kaleel, Deputy Clerk