UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 18 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CARLOS JOHN WILLIAMS,

        Plaintiff - Appellant,

v.

DEPARTMENT OF CORRECTIONS; et al.,

        Defendants.

No. 13-35647

D.C. No. 3:13-cv-05505-RJB
U.S. District Court for Western Washington, Tacoma

**ORDER**

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

This order served on the district court shall constitute the mandate of this court.

        FOR THE COURT:
        Molly C. Dwyer
        Clerk of Court

        Tina S. Price
        Deputy Clerk